```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   ORDER
            -v.-                    :
                                    :
ISRAEL GARCIA,                      :   S1 21 Cr. 412 (JSR)
   a/k/a "Shorty Rock,"             :
JEVAUN CHARLES,                     :
   a/k/a "Bobby,"                   :
   a/k/a "O'Melly,"                 :
ALYSHA BELTRE,                      :
   a/k/a "Ally Racks,"              :
DEURI CARAMBOT,                     :
   a/k/a "Kenny,"                   :
   a/k/a "Ralphy,"                  :
SHAKUR CULBERT,                     :
   a/k/a "Chase,"                   :
ALVIN FERNANDEZ,                    :
   a/k/a "Al.P,"                    :
JASON GONZALEZ,                     :
   a/k/a "Why,"                     :
MALCOLM RIVERA,                     :
   a/k/a "Boyy,"                    :
MIKE SILVA,                         :
   a/k/a "Cuba,"                    :
MAXWELL SMITH,                      :
   a/k/a "Max,"                     :
   a/k/a "Max Payne,"               :
MARLON WATSON,                      :
   a/k/a "Menace,"                  :
   a/k/a "Tega,"                    :
   a/k/a "Black,"                   :
   a/k/a "King,"                    :
KEWAANNEE WILLIAMS,                 :
   a/k/a "Kay,"                     :
   a/k/a "Keys,"                    :
                                    :
            Defendants.             :
------------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Matthew J.C. Hellman;

It is found that the Superseding Indictment in the above-captioned action, S1 21 Cr. 412 (JSR), is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore

ORDERED that the Superseding Indictment, S1 21 Cr. 412 (JSR) in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         July 21, 2021

                                       _____
                                       HONORABLE JED S. RAKOFF
                                       UNITED STATES MAGISTRATE JUDGE