UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ISRAEL GARCIA,

*Defendant.*

---

ORDER

21 Cr. 412 (JSR)

Upon the application of defendant Israel Garcia, pursuant to 18 U.S.C. § 3142(c) for release from custody, and following a detention hearing held on August 2, 2021 in which the Court considered (1) the nature and circumstances of the offense charged; (2) the history and characteristics of the defendant Israel Garcia including his family ties, employment, length of residence in the community, and (3) the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release, it is ORDERED that the defendant's application is GRANTED pursuant to the following conditions:

1. The Clerk of Court is directed to prepare a personal recognizance bond with the following conditions of release:

    a. A personal recognizance bond in the amount of $500,000, to be signed by the defendant and co-signed by:

        1. Hilary Hernandez, Israel Garcia's girlfriend.
        2. Wendy Hernandez, Hilary's mother.
        3. John Ogedengbe.
        4. Vanessa Velez.
        5. Clinton Taylor.
        6. Kassandra Cerulli.
        7. Gisele Correa.
        8. Josefina Espinosa (Morally Responsible Person).
        9. Kamille Cromer (Morally Responsible Person).

    b. All mandatory conditions of release included in this Court's standard "Order Setting conditions of Release" form;

    c. 24-Hour home confinement at the defendant's and Hilary's residence in the Bronx, New York, with monitoring by means chosen at the discretion of Pretrial Services;

    d. The defendant shall be restricted to his residence 24 hours/day, 7 days/week, enforced by location monitoring, and shall only be allowed to leave for court appearances, legal meetings, and medical services, *for which he must receive express prior approval by email or otherwise in writing from Pretrial Services.*

    e. The defendant is permitted to self-install the equipment under the direction of Pretrial Services.

   f. The defendant shall remain in the residence except for attorney visits. ~~The defendant shall notify Pretrial Services in advance of the time and location of attorney visits~~. Any ~~other~~ leave from the residence must be approved *in advance and in writing* by either the Pretrial Services officer or by the Court on application from defense counsel;

   g. Pretrial Services supervision as directed by the Pretrial Services Office;

   h. Surrender all passports and other travel documents and make no applications for new or replacement documents;

   i. Drug testing and treatment as directed by the Pretrial Services Office;

   j. The defendant shall not possess a firearm, destructive device, or other weapon;

   k. The defendant shall not use or possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner;

   l. No contact with co-defendants except in the presence of counsel; and

   m. The defendant shall be released upon the signature of the defendant and the seven financially responsible sureties and two morally responsible sureties on the bond and upon the Pretrial Services Office's installation of the monitoring technology that it selects.

SO ORDERED.

Dated: New York, New York August 3, 2021

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK