UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

v.

**ISRAEL GARCIA,**

*Defendant.*

---

**ORDER**

**21 Cr. 412 (JSR)**

TO: U.S. Marshals Service Office

It is hereby ordered that Israel Garcia, REG # 56417-509 be released from custody, subject to previously applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered. Travel is extended to the Southern District and adjacent districts as well as travel between those districts and this district.

THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK