UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISRAEL GARCIA,<br><br>*Defendant.* | **ORDER**<br>21 Cr. 412 (JSR) |

It is hereby ordered:

That terms of Israel Garcia's release be temporarily modified to allow him to visit his Doctor on Saturday, October 2, 2021.

That the terms of Israel Garcia's release be further temporarily modified to allow his to visit the DMV in order to renew his license, in coordination with pre-trial services.

SO ORDERED:

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

9-29-21