UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISRAEL GARCIA,<br><br>*Defendant.* | **ORDER**<br>21 Cr. 412 (JSR) |

It is hereby ordered:

That terms of Israel Garcia's release be temporarily modified to allow him to visit his doctor on Friday, October 22, 2021.

That the terms of Israel Garcia's release be further temporarily modified to allow him to attend a job interview on Friday, October 22, 2021.

Both temporary modifications will be done in coordination with pre-trial services.

SO ORDERED:

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

10-21-21