UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ISRAEL GARCIA,

*Defendant.*

---

**ORDER**
21 Cr. 412 (JSR)

It is hereby ordered:

That terms of Israel Garcia's release be modified from home incarceration to home detention to allow him to work at Zara, his new place of employment.

The modifications will be done in coordination with pre-trial services.

**SO ORDERED:**

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

10-29-21