UNITED **STATES** DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

      -against-                                               **ORDER**

ISRAEL GARCIA

                                                    21CR412-13 (JSR)
                                                    Docket#

------------------------------X

Hon. Jed S. Rakoff        ,   **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

Raoul Zaltzberg            is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Avraham C. Moskowitz     ,  NUNC-PRO-TUNC _____

                      Attorney's Name

                                          SO **ORDERED**.

                                     UNITED STATES DISTRICT JUDGE

Dated:   New York, New York   5/2/2022