**EXHIBIT 1**

Nick Gz - Talkin Hot - YouTube
youtube.com/watch?v=XdtBTedFb1U
Incognito
YouTube
Search
Sign in
TALKIN HOT
0:06 / 3:24
Nick Gz - Talkin Hot
NickGz GFK
138 subscribers
Subscribe
221
Share
Save
15,225 views Oct 6, 2018
Prod. BY @triplexbeats
Nick Gz :
Instagram: https://www.instagram.com/_nickgz_/
Facebook: https://www.facebook.com/nick.gz.37
MMGz Ed Gz Ft Nick Gz MooreHouses FreeStyle
Y2babyy
12K views • 10 years ago
2:30
PremeGotRacks - DoubleG (Official Music Video) (Shot By...
PremeGotRacks84
54K views • 1 year ago
3:12
Nick Gz - My Brothers keeper
NickGz GFK
3.5K views • 3 years ago
3:56
Mula Gzz X DThang - Savior Pt.2 (Official Video) |ShotBy...
3GE
1.5M views • 2 years ago
3:37
Sha Gz - Poppa Perry (ProdBy @YoJayProduction (Music...
SHA GZ
2.6M views • 5 months ago
2:00
22Gz - Retaliation [Official Music Video]
22Gz
4.1M views • 1 year ago
2:34
Wal Blixk X Nick Gzz X Gbaby - No Trace
Wal Blixk
26K views • 9 months ago
3:22
GFK Racks - Ganga Remix (Official Video) Shot&Edited...
GFK Racks
12K views • 3 years ago
3:26
ED Gzz ft. Nick Gzz Where da cash at
jimmy carter
44K views • 11 years ago

