UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA

        v.                                            21 Cr. 412 (JSR)

ISRAEL GARCIA,

                    Defendant.
-----------------------------------------------------x

Upon the application of Israel Garcia, by his attorney, Deborah Colson, it is hereby Ordered that the Metropolitan Detention Center/Bureau of Prisons (MDC/BOP) is directed to accept the following clothing for ISRAEL GARCIA, Federal Register Number 56417-509, to wear at his trial, commencing with jury selection on Monday, July 10, 2023, and continuing for two-and-a-half weeks to completion:

- 1 suit jacket
- 5 pairs of pants
- 5 shirts
- 3 neckties
- 1 pair of shoes
- 2 pairs of socks
- 3 undershirts

Dated: New York, New York
       July ___, 2023

                                          So Ordered:

                                          _____
                                          Hon. Jed S. Rakoff
                                          United States District Judge