UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | 21-cr-412-13 (JSR) |
| ISRAEL GARCIA, | VERDICT |
| Defendant. | |

1. On Count 1, the charge of murder in aid of racketeering, we the jury find defendant Israel Garcia:

    Guilty __X__     Not Guilty _____

2. On Count 2, the conspiracy to distribute and/or possess with intent to distribute cocaine base, heroin, and/or fentanyl, we the jury find defendant Israel Garcia:

    Guilty __X__     Not Guilty _____

    [If you find "Guilty" on Question 2, answer Question 3. Otherwise, skip Question 3.]

3. On Count 2, we the jury find that the conspirators agreed to distribute:

    More than 280 grams of cocaine base __X__

    More than 28 grams but less than 280 grams of cocaine base _____

    Less than 28 grams of cocaine base _____

4. On Count 3, murder while engaged in a narcotics conspiracy, we the jury find defendant Israel Garcia:

    Guilty __X__     Not Guilty _____

    [If you find "Not Guilty" on Count Two, leave Question 4 blank.]

5. On Count 4, the charge of murder using a firearm, we the jury find the defendant Israel Garcia:

    Guilty __X__     Not Guilty _____

    [If you find "Not Guilty" on both Count One and Two, leave Question 5 blank.]

6. On Count 5, the charge of using, carrying or possessing a firearm in connection with a narcotics conspiracy, we the jury find the defendant Israel Garcia:

   Guilty __X__          Not Guilty _____

   [If you find "Not Guilty" on Count Two, leave Question 6 blank.]

7. On Count 6, the charge of attempted witness tampering, we the jury find the defendant Israel Garcia:

   Guilty __X__          Not Guilty _____

   _____
   FOREPERSON
   Dipti Goel

   Date: 7/19/23