UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :          **ORDER**
                                          :
                                          :
   Israel Garcia                          :
                                          :          21cr412-13(JSR)
                                          :          Docket #
------------------------------------------x


Hon. Jed S. Rakoff _____, DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case

Avraham Moskowitz _____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Carla Sanderson _____, NUNC-PRO-TUNC _____.

                       Attorney's Name


                           SO ORDERED.


                       _____
                       UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         8/29/23