# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

September 28, 2023

By ECF

Honorable Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   *United States v. Israel Garcia*, 21 Cr. 412 (JSR)

Dear Judge Rakoff:

I was appointed to represent Mr. Garcia as CJA counsel on May 2, 2022. My co-counsel, Deborah Colson and Christopher Neff, were appointed as CJA counsel on February 16, 2023. This case was death-eligible from the time of the filing of the superseding indictment on February 16, 2023 until the government filed intent not to seek the death penalty on March 13, 2023.

As the Court is aware, the CJA attorney rate varies for capital and non-capital cases. For this case, the CJA eVoucher system only reflects the non-capital rate. Therefore, I write to respectfully request that Your Honor endorse this letter directing the CJA Clerks' Office for the Southern District of New York to correct the attorney vouchers submitted on behalf of myself and my co-counsel to reflect the capital rate of $210 per hour for the period of February 16, 2023 to March 13, 2023.

I appreciate the Court's consideration.

Respectfully submitted,

/s/

Avraham C. Moskowitz
Moskowitz Colson Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455

SO ORDERED
/s/ Jed S. Rakoff
USDJ
9-29-23