```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :    21-cr-412 (JSR)
          -v-                              :
                                           :    ORDER          :
ISRAEL GARCIA,                             :
                                           :
          Defendant.                       :
------------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On January 26, 2024, defendant, Israel Garcia, filed a motion for a new trial. See Def. Mem. in Supp. of Mot. for a New Trial, ECF No. 330. On February 22, 2024, the Court held an evidentiary hearing on the motion. Upon due consideration of the parties' written submissions and the evidence presented at the hearing, the Court hereby denies defendant's motion for a new trial. An Opinion explaining the reasons for this ruling will issue in due course.

The Clerk of Court is respectfully directed to close docket entries number 330 and 331.

SO ORDERED.

Dated:  New York, NY
        April 5, 2024

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

1