# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:21-CR-00412 (JSR) |
| | ) |
| ISRAEL GARCIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant Israel Garcia be confined at the Metropolitan Detention Center in Brooklyn, New York, until his appeal has been resolved to facilitate access to appellate counsel. A copy of this Order shall be forwarded to the Bureau of Prisons.


SO ORDERED


_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

_____
DATE    11/5/25